In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-12-00443-CR**
**NO. 09-12-00444-CR**
**NO. 09-12-00445-CR**

_____

**DAVID JOSEPH BLUNT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the 9th District Court**
**Montgomery County, Texas**
**Trial Cause Nos. 11-10-11503-CR, 11-11-12306-CR, 11-12-12832-CR**

_____

**MEMORANDUM OPINION**

David Joseph Blunt appeals three separate judgments, each ordering a lifetime sentence to prison, with concurrent sentences. After Blunt filed notices of appeal, Blunt's counsel filed a brief that presents counsel's professional evaluation of the records from each case, and the brief concludes that Blunt's appeals are frivolous. *See Anders v. California*, 386 U.S. 738, 744 (1967); *High v. State*, 573

1

S.W.2d 807 (Tex. Crim. App. 1978). On February 7, 2013, we granted an extension of time to allow Blunt to file a *pro se* brief. Blunt filed a response.

The record before us reflects that Blunt was charged in each case on appeal as a habitual felony offender. The indictment in Cause Number 11-10-11503-CR, which concerns an offense that occurred on or about October 22, 2011, charges Blunt with evading arrest or detention by using a motor vehicle. *See* Tex. Penal Code Ann. § 38.04(b)(2)(A) (West Supp. 2012). The indictment in Cause Number 11-11-12306-CR, which concerns an offense that occurred on or about November 15, 2011, also charges Blunt with evading arrest or detention by using a motor vehicle. *See id.* The indictment in Cause Number 11-12-12832-CR charges Blunt with jumping bail and failing to appear. *See id.* § 38.10(a), (f) (West 2011). Blunt pled guilty to the each of the offenses, third-degree felonies, in one plea proceeding.

Also, during the plea proceeding, Blunt pled true to the enhancement paragraphs contained in each of the indictments, exposing him in each case to a potential sentence of twenty-five years to life. *See id.* § 12.42(d) (West Supp. 2012). After a sentencing hearing, the trial court sentenced Blunt to three consecutive life sentences, ordering the sentences served concurrently.

We have reviewed the clerk's records, the reporter's records, the *Anders* brief filed by Blunt's counsel, and Blunt's *pro se* response. We agree with counsel's conclusion that no arguable issues support Blunt's appeals; consequently, we find it unnecessary to order the appointment of new counsel to re-brief the appeals. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). Because no arguable issues support Blunt's appeals, we affirm the trial court's judgments.[1]

AFFIRMED.

_____
HOLLIS HORTON
Justice

Submitted on July 16, 2013
Opinion Delivered September 25, 2013
Do Not Publish

Before McKeithen, C.J., Gaultney and Horton, JJ.

---

[1]Blunt may challenge our decision in these cases by filing petitions for discretionary review. *See* Tex. R. App. P. 68.